# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**VICTORINO NAVA SANCHEZ ,**

v.

**WARDEN, CENTRAL VALLEY ANNEX ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26−CV−06608−RLP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/10/2026 .**

ENTERED: **September 10, 2026** /s/ **Keith Holland**

Clerk of Court